**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Delaware
                                (State)

Case number (If known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Violin Memory, Inc. |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 2 0 – 3 9 4 0 9 4 4 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 4555    Great America Parkway | |
| Number    Street | Number    Street |
| Suite 150 | |
| | P.O. Box |
| Santa Clara         CA    95054 | |
| City              State    ZIP Code | City              State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Santa Clara | |
| County | Number    Street |
| | |
| | City              State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.violin-memory.com |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  Violin Memory, Inc.  
         Name

Case number (if known) _____

7. **Describe debtor's business**

    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ■ None of the above

    B. *Check all that apply:*

    ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

    3  3  4  1

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*

    ☐ Chapter 7
    ☐ Chapter 9
    ■ Chapter 11. *Check all that apply*:
        ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
        ☐ A plan is being filed with this petition.
        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
        ■ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
    ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    ■ No
    ☐ Yes.  District _____ When _____ Case number _____
                                    MM / DD / YYYY
            District _____ When _____ Case number _____
                                    MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ■ No
    ☐ Yes.  Debtor _____  Relationship _____
            District _____  When _____
                                                            MM / DD / YYYY
            Case number, if known _____

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page **2**

Debtor    Violin Memory, Inc.
         _____     Case number (if known) _____
         Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number    Street

_____

_____   _____   _____
City                          State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☒ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☒ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 3

Debtor   Violin Memory, Inc.                                Case number (if known)_____
         Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ■ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12 / 14 / 2016
             MM / DD / YYYY

X /s/ Cory J. Sindelar                                Cory J. Sindelar
Signature of authorized representative of debtor      Printed name

Title  Chief Financial Officer

**18. Signature of attorney**

X /s/ Scott D. Cousins                                Date  12 / 14 / 2016
Signature of attorney for debtor                            MM / DD / YYYY

Scott D. Cousins & Justin R. Alberto
Printed name
Bayard, P.A.
Firm name
222           Delaware Avenue, Suite 900
Number        Street
Wilmington                                            DE        19801
City                                                  State     ZIP Code

302-655-5000                                          scousins@bayardlaw.com
Contact phone                                         Email address

3079 & 5126                                           DE
Bar number                                            State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  001-36069         .

2. The following financial data is the latest available information and refers to the debtor's condition on 10/31/2016         .

   a. Total assets                                              $ 38,930,000

   b. Total debts (including debts listed in 2.c., below)       $ 145,404,000

   c. Debt securities held by more than 500 holders

   Approximate number of holders:

   | | | | | |
   |---|---|---|---|---|
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |

   d. Number of shares of preferred stock                       0
   e. Number of shares common stock                             25,257,786

   Comments, if any: The debtor has publicly traded debt securities consisting of one class of senior unsecured convertible notes due 2019 (CUSIP# 92763AAB7) and believes that such notes are held by fewer than 500 holders.

3. Brief description of debtor's business: Violin is a developer and supplier of differentiated flash-based data storage systems that service the high-speed applications and complex network infrastructures of sophisticated worldwide enterprises. Since 2005, Violin has designed, developed and patented hardware and software solutions at each level of the system architecture to realize key performance and integration advantages and deliver industry-leading solutions for its customers.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
Bruce H. Grant (14.9%, including beneficial ownership of shares held by Garden Growth Industries AB and Applied Value, LLC);
Garden Growth Industries AB (12.6%); Toshiba Corporation (9.1%, including shares held by Toshiba America Electronic Components, Inc.);
Arthur J. Samberg (5.3%).

# VIOLIN MEMORY, INC.
## SECRETARY'S CERTIFICATE

### DECEMBER 13, 2016

The undersigned Secretary of Violin Memory, Inc., a corporation organized and existing under the laws the State of Delaware (the "**Company**"), hereby certifies as follows:

1. I am the duly qualified, elected and acting Secretary of the Company.

2. Attached hereto as **Exhibit A** is a true, correct, and complete copy of resolutions (the "**Resolutions**") duly adopted by the Board of Directors of the Company (the "**Board**") at a meeting on December 13, 2016 concerning the filing by the Company of a voluntary petition for relief under chapter 11 of title 11 of the United States Code and certain actions in connection therewith.

3. The Resolutions are the only resolutions adopted by the Board relating to the subject matter thereof.

4. The Resolutions have not in any way been amended, modified, revoked or rescinded, and have been in full force and effect since their adoption up to and including the date hereof and are now in full force and effect.

IN WITNESS WHEREOF, the undersigned has executed this Certificate as of the first date above written.

VIOLIN MEMORY, INC.

By: _____
Name: Gary Lloyd
Title: Secretary

## VIOLIN MEMORY, INC.
## RESOLUTIONS OF THE BOARD OF DIRECTORS

**WHEREAS**, the Board of Directors (the "**Board**") of Violin Memory, Inc. (the "**Company**") has reviewed and considered the materials presented and the reports made by the management of and the financial and legal advisors to the Company regarding the obligations and liquidity situation of the Company, the strategic alternatives available to the Company, and the impact of the foregoing on the Company's assets, business and operations.

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, employees and other parties in interests that the Company file a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"); and

**RESOLVED FURTHER**, that each of Richard Nottenburg and Cory Sindelar (each, an "**Authorized Person**") be, and hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a petition and amendments thereto for relief under chapter 11 of the Bankruptcy Code (the "**Case**") and to cause the same to be filed at such time and in such jurisdiction as such Authorized Person executing same shall determine; and

**RESOLVED FURTHER**, that each Authorized Person be, and hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all schedules, motions, lists, applications, pleadings and other papers, and to take and perform any and all further acts and deeds which such Authorized Person deems necessary, proper or desirable in connection with the Case; and

**RESOLVED FURTHER**, that each Authorized Person be, and hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to take any and all actions necessary and appropriate to pursue and further the marketing and competitive sale process with respect to the Company's assets on an expedited basis, including without limitation negotiating any and all proposed purchase agreements and other ancillary documents in connection therewith and having filed in the Case a form of asset purchase agreement in the form previously circulated to the Board that can be used by potential interested parties to bid on any assets of the Company; and

**RESOLVED FURTHER**, that each Authorized Person be, and hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to effect the retention of Pillsbury Winthrop Shaw Pittman LLP as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and satisfy the Company's obligations, including filing any pleadings or other papers, in connection with the Case, and to file an application with the bankruptcy court for approval of such retention; and

**RESOLVED FURTHER**, that each Authorized Person be, and hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to effect the retention of Bayard, P.A. as bankruptcy co-counsel to represent and assist the Company in carrying out its

duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and satisfy the Company's obligations, including filing any pleadings or other papers, in connection with the Case, and to file an application with the bankruptcy court for approval of such retention; and

**RESOLVED FURTHER**, that each Authorized Person be, and hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to effect the retention of Houlihan Lokey Capital, Inc. as investment banker and financial advisor to the Company, to represent and assist the Company in carrying out its duties under the Bankruptcy Code and in connection with the Case, and to file an application with the bankruptcy court for approval of such retention; and

**RESOLVED FURTHER**, that each Authorized Person be, and hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to effect the retention of Prime Clerk LLC as notice, claims, solicitation, balloting and tabulation agent to the Company, to represent and assist the Company in carrying out its duties under the Bankruptcy Code and in connection with the Case, and to file an application with the bankruptcy court for approval of such retention; and

**RESOLVED FURTHER**, that each Authorized Person be, and hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to retain such other professionals to assist the Company with carrying out its duties under the Bankruptcy Code and in furtherance of the Case as such Authorized Person deems necessary, proper or desirable in connection with the Case; and

**RESOLVED FURTHER**, that each Authorized Person be, and hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to negotiate for and obtain post-petition financing on such terms as such Authorized Person deems necessary or appropriate to assist the Company in carrying out its duties under the Bankruptcy Code and to consummate such transactions in connection with the Case as may be in the best interests of the Company, its creditors and employees, including without limitation one or more super-priority debtor-in-possession financing facilities secured by such assets and with such covenants and guarantees as may be contemplated or required under the terms of such post-petition financing; and in connection therewith to execute and deliver such loan agreements, guarantees, mortgages, pledge agreements and any and all other documents or instruments as such Authorized Person may deem to be necessary or appropriate to facilitate the execution of and entry into such post-petition financing arrangement; and

**RESOLVED FURTHER**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, the Authorized Officers are hereby authorized, directed, and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, consents; and other documents, and to pay all expenses, including filing fees in each case as in such officer's or officers' judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and

**RESOLVED FURTHER,** that any acts of any officer of the Company and of any person or persons designated and authorized to act by any officer of the Company taken prior to the adoption of the foregoing resolutions, but taken in accordance with and to accomplish the purposes of these resolutions, are hereby severally ratified, confirmed, and approved; and

**RESOLVED FURTHER,** that the omission from these resolutions of any action, agreement or other arrangement contemplated by the foregoing resolutions or any action to be taken in accordance with any requirement of any of the foregoing resolutions shall in no manner derogate from the authority of the Authorized Officers of the Company to take all actions necessary, desirable, advisable, or appropriate to consummate, effectuate, carry out, or further the transactions contemplated by, and the intent and purposes of, the foregoing resolutions.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

VIOLIN MEMORY, INC.,[1]

Debtor.

Chapter 11

Case No. _____ (   )

### DEBTOR'S CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1), the Debtor submits this statement of corporate ownership. The Debtor's equity securities are publicly traded, and as of the date hereof the Debtor is aware of the following persons or entities that directly or indirectly own 10% or more of any of the Debtor's equity securities:

| Name | Address | Percentage of Shares Held (approximate) |
|---|---|---|
| Bruce H. Grant | 410 Mariner Drive<br>Jupiter, FL 33477 | 14.9% *(including shares beneficially held through Garden Growth Industries AB)* |
| Garden Growth Industries AB | c/o Applied Value Kb<br>Box 5047<br>102 41 Stockholm, Sweden | 12.6% |

---

[1] The Debtor's tax identification number is 20-3940944 and its business address is 4555 Great America Parkway, Suite #150, Santa Clara, CA 95054.

{BAY:02992505v1}

**Fill in this information to identify the case and this filing:**

Debtor Name: Violin Memory, Inc.

United States Bankruptcy Court for the: _____ District of Delaware
(State)

Case number (If known): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration   *Debtor's Corporate Ownership Statement*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/14/2016        ✗ /s/ Cory J. Sindelar
MM / DD / YYYY                     Signature of individual signing on behalf of debtor

Cory J. Sindelar
Printed name

Chief Financial Officer
Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor Name <u>Violin Memory, Inc.</u>

United States Bankruptcy Court for the: <u>District of Delaware</u>

Case number (if known): _____

• Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 40 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 40 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Wilmington Trust, N.A. Global Corporate Capital Markets 50 South Sixth Street, Suite 1290 Minneapolis, MN 55402 | Attn: Violin Memory Administrator Facsimile: (612) 217-5651 | 4.25% Convertible Senior Notes due October 1, 2019 | C | | | $120,850,000 |
| 2 | Forty Niners Football Company LLC 4949 Marie P. DeBartolo Way Santa Clara, CA 95054 | 408-562-4949 | Sponsorship Agreement | [A] | | | $14,000,000 |
| 3 | Jefferies LLC 520 Madison Avenue New York, NY 10022 | Pavan K. Gadiyaram (212) 444-4285 pgadiyaram@jefferies.com | Professional Services | C, D | | | $3,000,000 |
| 4 | GlobalLogic Inc 1741 Technology Drive 4th Floor San Jose CA 95110 | Suyog Deshpande (408) 834-9503 | Trade debt | [A] | | | $1,200,000 |
| 5 | Aetna 151 Farmington Avenue Hartford, CT 06156 | Danny Bhura (609) 524-7218 bhurazi@aetna.com | Service Contract | | | | $1,142,613 |
| 6 | The Valley Hospital PO BOX 31246 Salt Lake City, UT, 84131 | Eric Carey (201) 291-6238 ecarey@valleyhealth.com | Service Contract | | | | $846,494 |
| 7 | Santa Clara County Assessor's Office 70 W. Hedding Street East Wing, 5th Floor San Jose, CA 95110 | Assessor Business Division - General Information (408) 299-5400 | Tax claim | D | $835,046 | $50,000 | $785,046 |
| 8 | Toshiba America Electronic Comp, Inc. PO Box 99421, File 99421 Los Angeles, CA 90074 | | Trade debt | | | | $760,076 |

*[A] denotes unsecured claims that are partially contingent, unliquidated or disputed*

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims    page 1

Debtor    Violin Memory, Inc.                                 Case number (if known) _____
          Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| 9 | Verizon<br>140 West Street<br>New York, NY 10007 | | Service Contract | | | | $730,000 |
| 10 | Salesforce.com, inc.<br>The Landmark @ One Market<br>Suite 300<br>San Francisco, CA 94105 | (415) 901-8457 | Trade debt | C | | | $601,043 |
| 11 | Wal-Mart<br>805 Mobley Lane<br>Bentonville, AR 72716 | Bart Alvarez<br>bart.alvarez@wal-mart.com<br>(479) 204-5750 | Service Contract | | | | $600,198 |
| 12 | Orange SA<br>78, rue Olivier de Serres<br>Paris, 75015<br>France | Nicolas Rubinstein<br>nicolas.rubinstein@orange.com<br>+33 (0) 1 55 22 16 13 | Service Contract | | | | $517,980 |
| 13 | Citrix<br>851 West Cypress Creek Road<br>Fort Lauderdale, FL 33309 | | Service Contract | | | | $439,209 |
| 14 | The Prudential Insurance Company of America<br>4 Embarcadero Center 27th Floor<br>San Francisco, CA 94111 | Attn: PRISA II Asset Manager | Santa Clara Office rent | C, U | $957,520 | $578,347 | $379,173 |
| 15 | Consortium Health Plans, Inc.<br>10490 Little Patuxent Parkway<br>Suite 550<br>Columbia, MD 21044 | | Service Contract | | | | $377,985 |
| 16 | AOL<br>770 Broadway<br>New York, NY 10003 | Aaron Lake<br>aaron.lake@teamaol.com<br>703-265-1587 | Service Contract | | | | $325,934 |
| 17 | Bank of America<br>100 North Tryon St.<br>18th Floor<br>Charlotte, NC 28255 | David Roff<br>david.roff@bankofamerica.com<br>818-597-5584 | Service Contract | | | | $286,834 |
| 18 | Mindteck, Inc.<br>150 Corporate Center Drive, Ste 200,<br>Camp Hill, PA 17011 | Barbara Hoffman<br>(717) 732-2211 | Contractors | | | | $270,521 |
| 19 | B&H Photo Video<br>420 9th Avenue<br>New York, NY 10001 | Krishna Tangirala<br>(201) 705-4385<br>krishnat@bhphoto.com | Service Contract | | | | $255,592 |
| 20 | DecisionOne<br>426 W Lancaster Ave,<br>Devon, PA 19333 | Tel: 800.500.5864<br>Fax: 610.296.6112 | Support service provider | [A] | | | $247,670 |
| 21 | Ramsay Health Care UK Ltd<br>42 New Broad Street<br>Swedbank House<br>Fourth Floor<br>London, EC2M 1SB<br>United Kingdom | Geoff Cross<br>207.847.2850<br>geoff.cross@ramsayhealth.co.uk | Service Contract | | | | $246,848 |
| 22 | Equinix Inc.<br>One Lagoon Drive, 4th Floor<br>Redwood City, CA 94065 | Steve Upp<br>703-840-3142<br>supp@equinix.com | Service Contract | | | | $243,164 |

*[A] denotes unsecured claims that are partially contingent, unliquidated or disputed*

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims        page 2

Debtor    Violin Memory, Inc.    Case number (if known) _____
          Name

| # | Name of creditor and complete mailing address, including zipcode | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| 23 | Gold Ridge Micro Cap I, LLC c/o Nicholas F. Coscia, Esq. P.O. Box 789 Cardiff-By-The-Sea, CA 92007 | | Securities claim | C, U, D | | | $232,000 |
| 24 | Mentor Graphics Corporation 8005 SW Boeckman Rd. Wilsonville OR 97070-7777 | (503) 685-1040 | License | [A] | | | $230,455 |
| 25 | Raiffeisen Bank S.A. Raiffeisen Bank International AG Am Stadtpark 9 Vienna, A-1030 Austria | Alexandru Aleshin dmayorov@ocs.ru +40764602069 | Service Contract | | | | $224,598 |
| 26 | Danske Fragtmænd Tomsagervej 18 Aabyhoej, DK-8232 Denmark | Lars Pedersen lars.pedersen@fragt.dk +45 7252 1643 | Service Contract | | | | $217,727 |
| 27 | Toshiba Corp 72-34 Horikawa-cho Saiwai-ku Kawasaki-Shi, 212-8585 | | Service Contract | | | | $209,679 |
| 28 | HJ PNA, Co. Lrd. 14, Suresil-gil, Opo-eu, Gwangju-si Gyeonggi-do, Korea | Kyung Tak Kim +82-70-4366 1173 | Violin Memory Reseller | | | | $197,573 |
| 29 | Louis Kulleseid c/o Kevin R. Spaulding, Esq. Rosengarten & Associates 28632 Roadside Drive, Suite 212 Agoura Hills, CA 91301 | Kevin R. Spaulding, Esq. | Employment Claim | C, U, D | | | $193,369 |
| 30 | Quicken Loans 20555 Victor Parkway Livonia, MI 48512 | LingLong He linglonghe@quickenloans.com 313-373-7796 | Service Contract | | | | $189,917 |
| 31 | First Solar 350 West Washington Street Suite 600 Tempe, AZ 85281 | Sunit Patel spatel@firstsolar.com (419) 662-7818 | Service Contract | | | | $180,300 |
| 32 | Amy Love 749 Oakhill Road Aptos, CA 95003 | | Severance | C, D | | | $175,000 |
| 33 | Ministry of Social Development Bowen State Building Bowen Street Wellington, 6011 New Zealand | Mike Angell mike.angell@msd.govt.nz + 64 4 916 0000 | Service Contract | | | | $163,120 |
| 34 | Stephen P. Dalton c/o Kletter + Nguyen Law LLP ATTN: Cary Kletter 1900 South Norfolk Street, Suite 350 San Mateo, CA 94403 | Cary Kletter ckletter@kletterlaw.com 415-434-3400 | Severance | C, U, D | | | $150,000 |
| 35 | X5 Retail Group 28 Srednyaya Kalitnikovskaya str., bld.4 Moscow, 109029 Russian Federation | Alexey Cherechukin acherechukin@ot.ru +7 (495) 787 7027 ext. 3320 | Service Contract | | | | $148,009 |

*[A] denotes unsecured claims that are partially contingent, unliquidated or disputed*

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims    page 3

Debtor   Violin Memory, Inc.   Case number (if known) _____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| 36 | Pros Revenue<br>3100 Main Street, Suite 900<br>Houston, TX 77002 | | Customer Deposit | | | | $144,029 |
| 37 | TiVo Corp.<br>2160 Gold St,<br>San Jose, CA 95002 | Lenny DiCicco<br>ldicicco@tivo.com<br>408-519-9431 | Service Contract | | | | $140,000 |
| 38 | The District School Board of Collier County<br>5775 Osceola Trail<br>Naples, FL 34109 | Tom Petry<br>petryth@collierschools.com<br>(239) 377-0447 | Service Contract | | | | $128,528 |
| 39 | Said Oissal<br>985 Paradise Way<br>Palo Alto, CA 94306 | | Severance | C, U, D | | | $125,000 |
| 40 | 3driftcentral / Hi3G Access AB<br>Attn. Infrastructure-support<br>Finspaangsgatan 48<br>Spanga, Stockholm SE-163 53<br>Sweden | Johan Hjort<br>johan.hjort@tre.se<br>+46 735-337343 | Service Contract | | | | $124,178 |

*[A] denotes unsecured claims that are partially contingent, unliquidated or disputed*

| Fill in this information to identify the case and this filing: |
|---|

Debtor Name __Violin Memory, Inc._____

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (If known): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12/ 14 / 2016__        ✘ /s/ Cory J. Sindelar _____
MM / DD / YYYY                              Signature of individual signing on behalf of debtor

Cory J. Sindelar
Printed name

Chief Financial Officer
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors