**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>VIOLIN MEMORY, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. _____ ( ) |

**LIST OF EQUITY SECURITY HOLDERS**

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| PIYUSH AGARWAL<br>ADDRESS ON FILE | Common Stock | 141 |
| HITESH AMIN<br>ADDRESS ON FILE | Common Stock | 6,042 |
| ARBOC LLC<br>5520 PEMBROKE ROAD<br>BETHESDA MD 20817-6300 | Common Stock | 530 |
| ARTHUR G COOPER TRUST DTD 8/23/04<br>ADDRESS ON FILE | Common Stock | 1,365 |
| AST EXCHANGE AGENT CO#18521<br>VIOLIN MEMORY OLD 6201 15TH AVENUE<br>BROOKLYN NY 11219 | Common Stock | 50,000 |
| DUC BAO<br>ADDRESS ON FILE | Common Stock | 1,250 |
| DONALD BARLOW<br>ADDRESS ON FILE | Common Stock | 527 |
| DANIEL J BARRY<br>ADDRESS ON FILE | Common Stock | 6,919 |
| JON C R BENNETT<br>ADDRESS ON FILE | Common Stock | 6,945 |
| ROGER & SARAH BERGER<br>ADDRESS ON FILE | Common Stock | 546 |
| VIAY & POOJA BINDINGAVELE<br>ADDRESS ON FILE | Common Stock | 989 |
| JERRY G BLAIVAS MD PC<br>ADDRESS ON FILE | Common Stock | 496 |

---

[1] The Debtor's tax identification number is 20-3940944 and its business address is 4555 Great America Parkway, Suite #150, Santa Clara, CA 95054.

In re: **Violin Memory, Inc.**

Debtor

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| JASON BLUM<br>ADDRESS ON FILE | Common Stock | 188 |
| JOHN BOBINCHECK<br>ADDRESS ON FILE | Common Stock | 748 |
| HANS C BODMER<br>ADDRESS ON FILE | Common Stock | 4,945 |
| MARK BOLAND<br>ADDRESS ON FILE | Common Stock | 521 |
| JOHN BOLLARD<br>ADDRESS ON FILE | Common Stock | 1,082 |
| RIPUDAMAN SINGH BRAR<br>ADDRESS ON FILE | Common Stock | 777 |
| SURINDER KAUR BRAR<br>ADDRESS ON FILE | Common Stock | 1,865 |
| JOSEPH F BROPHY<br>ADDRESS ON FILE | Common Stock | 742 |
| GARY BURKHOLDER<br>ADDRESS ON FILE | Common Stock | 59 |
| MINDI BYRNE<br>ADDRESS ON FILE | Common Stock | 2,119 |
| RICHARD J CADENASSO<br>ADDRESS ON FILE | Common Stock | 742 |
| CAPSHAW DERIEUX LLP<br>114 E COMMERCE STREET<br>GLADEWATER TX 75647-2706 | Common Stock | 763 |
| DENNIS CARMODY<br>ADDRESS ON FILE | Common Stock | 4,769 |
| CEDE & CO (FAST ACCOUNT)<br>PO BOX 20<br>BOWLING GREEN STATION<br>NEW YORK NY 10004-1408 | Common Stock | 22,554,300 |
| JIN CHENG<br>ADDRESS ON FILE | Common Stock | 4,399 |
| DANIEL B CHESTLER<br>ADDRESS ON FILE | Common Stock | 989 |
| TATSUMI C CHIKAGAMI<br>ADDRESS ON FILE | Common Stock | 12,500 |
| TOM CINDRIC<br>ADDRESS ON FILE | Common Stock | 21 |
| COHEN CHILDREN S TRUST<br>ADDRESS ON FILE | Common Stock | 5,242 |
| ALAN N COLNER<br>ADDRESS ON FILE | Common Stock | 2,654 |

In re: **Violin Memory, Inc.**

Debtor

## LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| COLONNADE GROUP INTERNATIONAL LTD<br>50 RAFFLES PLACE #15-05/06,<br>48623 SINGAPORE | Common Stock | 2,666 |
| CONNOR DEFINED BENEFIT PENSION PLAN<br>1120 SUFFOLK COURT<br>LOS ALTOS CA 94024-5564 | Common Stock | 4,714 |
| CROWN VIOLET MGMT LLC<br>4408 BALCONES<br>AUSTIN TX 78731-5710 | Common Stock | 1,059 |
| C BARNES DARWIN II<br>ADDRESS ON FILE | Common Stock | 992 |
| BRIAN R DELAMARTER<br>ADDRESS ON FILE | Common Stock | 21,929 |
| WILLIAM J DEUTSCH<br>ADDRESS ON FILE | Common Stock | 14,831 |
| MICHAEL MERCADO DISINI<br>ADDRESS ON FILE | Common Stock | 3,434 |
| CARL J DOMINO<br>ADDRESS ON FILE | Common Stock | 1,978 |
| ANGELO AND IRENE DOUROUPIS<br>ADDRESS ON FILE | Common Stock | 375 |
| ARISTEA DOUROUPIS<br>ADDRESS ON FILE | Common Stock | 446 |
| DAVID MARKHAM DRURY<br>ADDRESS ON FILE | Common Stock | 19,782 |
| PHILLIP M DUNKELBERGER<br>ADDRESS ON FILE | Common Stock | 2,500 |
| DAVID EDRICH<br>ADDRESS ON FILE | Common Stock | 57 |
| ROBIN EDWARDS<br>ADDRESS ON FILE | Common Stock | 4,792 |
| STEWART L ELLINGTON<br>ADDRESS ON FILE | Common Stock | 1,478 |
| ETRADE BANK FBO STEPHEN<br>LILLY RO IRA 3419-9072<br>702 BRODERICK STREET APT A<br>SAN FRANCISCO CA 94117-1414 | Common Stock | 260 |
| EUGENE M CUMMINGS P C<br>ADDRESS ON FILE | Common Stock | 2,390 |
| BARRY FAY<br>ADDRESS ON FILE | Common Stock | 1,042 |

In re: **Violin Memory, Inc.**

Debtor

## LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| FEDCENTRIC<br>104 SUMMERFIELD ROAD<br>CHEVY CHASE MD 20815-3317 | Common Stock | 5 |
| LOWELL FELDMAN<br>ADDRESS ON FILE | Common Stock | 1,060 |
| GABRIEL FERREIRA<br>ADDRESS ON FILE | Common Stock | 2,786 |
| FORTEZZA FAMILY INVESTMENTS LLC<br>760 NW 107TH AVE SUITE 300<br>MIAMI FL 33172-3157 | Common Stock | 10,594 |
| GREGORY FRANKLIN<br>ADDRESS ON FILE | Common Stock | 21,354 |
| RICK GARRIGAN & DENNIS SPIEGEL<br>ADDRESS ON FILE | Common Stock | 1,385 |
| NADJYA GHAUSI AND PETER COE<br>ADDRESS ON FILE | Common Stock | 805 |
| PARESH GHELANI<br>ADDRESS ON FILE | Common Stock | 21,188 |
| KIM GLEASON<br>ADDRESS ON FILE | Common Stock | 23,692 |
| DAVID GRANET<br>ADDRESS ON FILE | Common Stock | 299 |
| SCOTT W GRIFFITH<br>ADDRESS ON FILE | Common Stock | 584 |
| ALOKE GUPTA<br>ADDRESS ON FILE | Common Stock | 8 |
| MARY JACQUELYN HARRIS<br>ADDRESS ON FILE | Common Stock | 593 |
| HARRY H & SADAKO M HATASAKA<br>ADDRESS ON FILE | Common Stock | 898 |
| TED HATFIELD<br>ADDRESS ON FILE | Common Stock | 897 |
| JEFFREY HAUSCH AND DEBORAH CHEN<br>ADDRESS ON FILE | Common Stock | 774 |
| JOSEPH HEFNER<br>ADDRESS ON FILE | Common Stock | 78 |
| BRAGI HENNINGSSON<br>ADDRESS ON FILE | Common Stock | 1,583 |
| XINHUA VICTOR HU<br>ADDRESS ON FILE | Common Stock | 16 |
| TIMOTHY HUBER<br>ADDRESS ON FILE | Common Stock | 25 |

In re: **Violin Memory, Inc.**

Debtor

## LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| IRA SERVICES TRUST CO CUST<br>ADDRESS ON FILE | Common Stock | 3,107 |
| ANDRE W ISELI<br>ADDRESS ON FILE | Common Stock | 1,978 |
| JAYE VENUTI DDS & MICHAEL YOKOYAMA DDS<br>ADDRESS ON FILE | Common Stock | 992 |
| JOE N AND JAMIE W BEHRENDT REV TR<br>ADDRESS ON FILE | Common Stock | 683 |
| JON C R BENNETT FAMILY<br>ADDRESS ON FILE | Common Stock | 3,704 |
| MUKESH KACKER<br>ADDRESS ON FILE | Common Stock | 4,219 |
| HOWARD & SUSAN KALKA<br>ADDRESS ON FILE | Common Stock | 1,583 |
| PAUL KAZAK<br>ADDRESS ON FILE | Common Stock | 519 |
| JAY KERNER<br>ADDRESS ON FILE | Common Stock | 250 |
| AHIM KHO<br>ADDRESS ON FILE | Common Stock | 1,042 |
| ANTHONY KING<br>ADDRESS ON FILE | Common Stock | 5,413 |
| ABRAHAM & DINAH KLEIN<br>ADDRESS ON FILE | Common Stock | 1,978 |
| MICHAEL & NANCY KOLODCHAK<br>ADDRESS ON FILE | Common Stock | 110 |
| PRAKASH KRISHNAN<br>ADDRESS ON FILE | Common Stock | 238 |
| LOUIS KULLESEID<br>ADDRESS ON FILE | Common Stock | 1,229 |
| JAMES P LAMY<br>ADDRESS ON FILE | Common Stock | 530 |
| ACHIM LANGE<br>ADDRESS ON FILE | Common Stock | 469 |
| JAY LENGENHAUSEN<br>ADDRESS ON FILE | Common Stock | 13 |
| ARTHUR KELVIN LI<br>ADDRESS ON FILE | Common Stock | 3,750 |
| GARY AND LUCY LLOYD<br>ADDRESS ON FILE | Common Stock | 2,120 |
| HOWARD M LOVE<br>ADDRESS ON FILE | Common Stock | 774 |

In re: **Violin Memory, Inc.**

_____
                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| PETER WAN WOON & REBECCA MEE PING LUI<br>ADDRESS ON FILE | Common Stock | 748 |
| IHOR LYS<br>ADDRESS ON FILE | Common Stock | 11,380 |
| BRADFORD J MEIKLE<br>ADDRESS ON FILE | Common Stock | 488 |
| DAVID MELLENBRUCH<br>ADDRESS ON FILE | Common Stock | 1,060 |
| MELVYN M OKEON M D PROFIT SHARING TR<br>ADDRESS ON FILE | Common Stock | 2,047 |
| ROBERT MENDOZA<br>ADDRESS ON FILE | Common Stock | 349 |
| NOAH D AND CHRISTINE MESEL<br>ADDRESS ON FILE | Common Stock | 1,695 |
| MILLENNIUM TRUST CO FBO<br>ADDRESS ON FILE | Common Stock | 519 |
| MILLENNIUM TRUST CO FBO GARETH<br>ADDRESS ON FILE | Common Stock | 519 |
| MILLENNIUM TRUST CO FBO WANGER<br>ADDRESS ON FILE | Common Stock | 5,191 |
| CRAIG MILLET<br>ADDRESS ON FILE | Common Stock | 3,165 |
| ELIZABETH BURGETT MOONEY<br>ADDRESS ON FILE | Common Stock | 592 |
| SARAH HAMILTON MOONEY<br>ADDRESS ON FILE | Common Stock | 592 |
| MOSTRA CAPITAL LLC<br>4601 WASHINGTON AVE SUITE 260<br>HOUSTON TX 77007-5488 | Common Stock | 1,060 |
| RAVI NARAYAN<br>ADDRESS ON FILE | Common Stock | 26 |
| BAJPAI GHYNANENDRA NATH<br>ADDRESS ON FILE | Common Stock | 755 |
| NOVATRON LIMITED<br>95 ROBINSON ROAD PHASE ONE BLESSINGS GARDEN<br>FLOOR 16 FLAT B MID LEVELS<br>HONG KONG CHINA | Common Stock | 30,000 |
| JACK O BRIEN<br>ADDRESS ON FILE | Common Stock | 5,000 |

In re: **Violin Memory, Inc.**

Debtor

## LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---:|
| OAKLANE PARTNERS LLC<br>54 MOUNTAIN PEAK<br>CHAPPAQUA NY 10514-2110 | Common Stock | 1,444 |
| MATTHIAS OBERDORFER<br>ADDRESS ON FILE | Common Stock | 1,250 |
| ROBERT ORENSTEIN<br>ADDRESS ON FILE | Common Stock | 1,066 |
| PARKER BUNT & AINSWORTH P C<br>100 E FERGUSON STE 1114<br>TYLER TX 75702-5700 | Common Stock | 763 |
| RAJESH PATEL<br>ADDRESS ON FILE | Common Stock | 8,598 |
| UMESHKUMAR PATEL<br>ADDRESS ON FILE | Common Stock | 898 |
| J MITCHELL PATRIDGE<br>ADDRESS ON FILE | Common Stock | 1,038 |
| THE PAUL F PETRUS REVOCABLE TR OF 1988<br>ADDRESS ON FILE | Common Stock | 732 |
| DAUD QAZEN<br>ADDRESS ON FILE | Common Stock | 189 |
| CHARLOTTE RAMSAY<br>ADDRESS ON FILE | Common Stock | 3,125 |
| RANDALL A YUEN 2009 GST TRUST<br>ADDRESS ON FILE | Common Stock | 27,010 |
| MANJIT K RANDHAWA<br>ADDRESS ON FILE | Common Stock | 299 |
| THE RESTATED PROFIT SHARING PLAN<br>ADDRESS ON FILE | Common Stock | 3,442 |
| THE RESTATED PROFIT SHARING PLAN<br>ADDRESS ON FILE | Common Stock | 3,442 |
| RICHMOND III LLC<br>20 WEST 55TH STREET 11TH FLOOR<br>NEW YORK NY 10019 | Common Stock | 15,159 |
| JR RIVERS<br>ADDRESS ON FILE | Common Stock | 1,250 |
| RONALD L ROSENBLATT AND BARRIE BERG<br>ADDRESS ON FILE | Common Stock | 745 |
| REBECCA ROSENBLATT<br>ADDRESS ON FILE | Common Stock | 300 |
| LYNNE AND ROSENTHAL ROSENTHAL<br>ADDRESS ON FILE | Common Stock | 696 |

In re: **Violin Memory, Inc.**

Debtor

## LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| RSO 2000 IRREVOCABLE TRUST<br>ADDRESS ON FILE | Common Stock | 1,365 |
| BARRY C RUDIN<br>ADDRESS ON FILE | Common Stock | 250 |
| BARRY A & CAREN C RUHT<br>ADDRESS ON FILE | Common Stock | 1,365 |
| ANTON SAHAZIZIAN<br>ADDRESS ON FILE | Common Stock | 1,563 |
| JAMES SATKO<br>ADDRESS ON FILE | Common Stock | 292 |
| SHEETAL AND HARRY SAVALIA<br>ADDRESS ON FILE | Common Stock | 4,688 |
| AMOL AND KAREN SAXENA<br>ADDRESS ON FILE | Common Stock | 549 |
| JAMES M SCHNEIDER<br>ADDRESS ON FILE | Common Stock | 530 |
| SALLY ANNE SCHOENSTEIN<br>ADDRESS ON FILE | Common Stock | 1,558 |
| ROBERT SEIBOTH<br>ADDRESS ON FILE | Common Stock | 4,445 |
| MURUKUTLA P SHANKAR<br>ADDRESS ON FILE | Common Stock | 2,119 |
| ROBERT SHANNON<br>ADDRESS ON FILE | Common Stock | 1,060 |
| EDWARD SHAW<br>ADDRESS ON FILE | Common Stock | 1,589 |
| STEVEN J SHENITZER<br>ADDRESS ON FILE | Common Stock | 742 |
| NICHOLAS SHEPPARD<br>ADDRESS ON FILE | Common Stock | 2,120 |
| DAVID H SMITH<br>ADDRESS ON FILE | Common Stock | 635 |
| DAVID M SMITH<br>ADDRESS ON FILE | Common Stock | 3,525 |
| JONATHAN SMITH<br>ADDRESS ON FILE | Common Stock | 43 |
| SHAWN B SMITH<br>ADDRESS ON FILE | Common Stock | 424 |
| ARTUR SPIGEL<br>ADDRESS ON FILE | Common Stock | 1,171 |
| JAMES P F STABLEFORD<br>ADDRESS ON FILE | Common Stock | 349 |
| TAMARA STEIN<br>ADDRESS ON FILE | Common Stock | 1,060 |

In re: **Violin Memory, Inc.**

Debtor

## LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| STEVE G HARREN CHILDREN'S TRUST<br>ADDRESS ON FILE | Common Stock | 2,119 |
| DAVID & SUSAN STOLLWERK<br>ADDRESS ON FILE | Common Stock | 969 |
| TIM SULLIVAN<br>ADDRESS ON FILE | Common Stock | 312 |
| DAVID S SWEENEY<br>ADDRESS ON FILE | Common Stock | 530 |
| MARIA FLORO & KEN TERRADO<br>ADDRESS ON FILE | Common Stock | 1,197 |
| THE WALROD FAMILY TRUST DTD 11/12/2010<br>ADDRESS ON FILE | Common Stock | 3,721 |
| TOSHIBA AMERICA ELECTRONIC COMPONENTS INC<br>ATTN: GENERAL COUNSEL<br>9740 IRVINE BOULEVARD STE D700<br>IRVINE CA 92618-1608 | Common Stock | 1,040,282 |
| TOSHIBA CORPORATION<br>TOSHIBA S&S COMPANY<br>SENIOR MANAGER OF LEGAL AFFAIRS 1-1<br>SHIBAURA 1-CHOME<br>MINATO-KU<br>TOKYO 1058001 JAPAN | Common Stock | 1,250,000 |
| CHARLES TRACY<br>ADDRESS ON FILE | Common Stock | 755 |
| EDUARDO TRAVIESO<br>ADDRESS ON FILE | Common Stock | 872 |
| NANCY TREWHELLA<br>ADDRESS ON FILE | Common Stock | 792 |
| MINH TRIEU<br>ADDRESS ON FILE | Common Stock | 263 |
| SCOTT TRUMP<br>ADDRESS ON FILE | Common Stock | 209 |
| JOSEPH T ULBRICK<br>ADDRESS ON FILE | Common Stock | 1,038 |
| US VC PARTNERS LP<br>900 THIRD AVE 19TH FLOOR<br>NEW YORK NY 10022-5729 | Common Stock | 20,834 |
| VAN HORN FAMILY TRUST<br>ADDRESS ON FILE | Common Stock | 11,896 |
| JEFFERY VENTERS<br>ADDRESS ON FILE | Common Stock | 9,755 |

In re:   **Violin Memory, Inc.**

Debtor

## LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| VII PEAKS VENTURE CAPITAL I LLC<br>ADDRESS ON FILE | Common Stock | 7 |
| ANDY E VINER<br>ADDRESS ON FILE | Common Stock | 371 |
| BETH VINER<br>ADDRESS ON FILE | Common Stock | 371 |
| WILLIAM VINER<br>ADDRESS ON FILE | Common Stock | 954 |
| NICHOLAS A WATKINS<br>ADDRESS ON FILE | Common Stock | 1,212 |
| NINA R WATKINS<br>ADDRESS ON FILE | Common Stock | 1,212 |
| P THORNTON WATKINS<br>ADDRESS ON FILE | Common Stock | 938 |
| GEORGE T WILLIAMS JR<br>ADDRESS ON FILE | Common Stock | 782 |
| DOROTHY AND JEANETTE WINTER<br>ADDRESS ON FILE | Common Stock | 1,095 |
| WIN-WIN TEK VENTURES LLC<br>3026 CREST BROOK BEND<br>LANE KATY TX 77449-4802 | Common Stock | 1,983 |
| VALERIE ZONDORAK<br>ADDRESS ON FILE | Common Stock | 7,497 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Chief Financial Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **December 14, 2016**    Signature **/s/ Cory J. Sindelar**
**Cory J. Sindelar**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.