IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>VIOLIN MEMORY, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 16-12782 (LSS) |

### AFFIDAVIT OF SERVICE

I, Kadeem Champagnie, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On January 4, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Core/2002 Fax Service List attached hereto as **Exhibit A**:

- Notice of Agenda of Matters Scheduled for Hearing on January 6, 2017 at 10:00 a.m. (Eastern Time) [Docket No. 77]

On January 4, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit B** and via First Class Mail on Rejected Contracts Service List attached hereto as **Exhibit C**:

- Order Granting First Omnibus Motion of the Debtor to Reject Certain Executory Contracts *nunc pro tunc* to the Petition Date [Docket No. 78]

Dated: January 5, 2017

_____
Kadeem Champagnie

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on January 5, 2017, by Kadeem Champagnie, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20_18_

---

[1] The Debtor's tax identification number is 20-3940944 and its business address is 4555 Great America Parkway, Suite #150, Santa Clara, CA 95054.

SRF 13145

**Exhibit A**

Exhibit A
Core/2002 Fax Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to Forty Niners SC Stadium Company LLC | Coblentz, Patch, Duffy & Bass LLP | Attn: Gregg M. Ficks<br>One Montgomery Street<br>Suite 3000<br>San Francisco CA 94104 | 415-989-1663 | gficks@coblentzlaw.com | Fax and Email |
| Counsel to Official Committee of Unsecured Creditors | Cooley LLP | Attn: Jay Indyke, Michael Klein, Robert Winning<br>The Grace Building<br>1114 Avenue of the Americas<br>New York NY 10036-7798 | 212-479-6275 | jindyke@cooley.com<br>mklein@cooley.com<br>rwinning@cooley.com | Fax and Email |
| Delaware Attorney General | Delaware Attorney General | Attn: Bankruptcy Dept.<br>Carvel State Office Building<br>820 N French Street, 6th Floor<br>Wilmington DE 19801 | 302-577-6630 | attorney.general@state.de.us | Fax and Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton<br>820 N. French St.<br>Wilmington DE 19801 | 302-577-8632 | FASNotify@state.de.us | Fax and Email |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax<br>PO Box 898<br>Dover DE 19903 | 302-739-5831 | dosdoc_Ftax@state.de.us | Fax and Email |
| Delaware State Treasury | Delaware State Treasury | Attn: Bankruptcy Dept.<br>820 Silver Lake Boulevard<br>Suite 100<br>Dover DE 19904 | 302-739-5635 | statetreasurer@state.de.us | Fax and Email |
| Counsel to Official Committee of Unsecured Creditors | Elliott Greenleaf | Attn: Rafael X. Zahralddin, Eric M. Sutty<br>1105 North Market Street<br>Suite 1700<br>Wilmington DE 19801 | 302-384-9399 | rxza@elliottgreenleaf.com<br>ems@elliottgreenleaf.com | Fax and Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | 855-235-6787 | | Fax |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | 855-235-6787 | | Fax |
| Counsel to GlobalLogic | Kirkland & Ellis LLP | Attn: Jonathan S. Henes, P.C., George Klidonas<br>601 Lexington Avenue<br>New York NY 10022 | 212-446-4900 | jonathan.henes@kirkland.com<br>george.klidonas@kirkland.com | Fax and Email |
| U. S. Department of Justice | Office of the United States Trustee | Attn: Timothy Jay Fox, Jr.<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington DE 19801 | 302-573-6497 | timothy.fox@usdoj.gov | Fax and Email |
| Counsel to the Ad Hoc Group | Richards, Layton & Finger, PA | Attn: Mark D. Collins, Esq., Zachary I. Shapiro, Esq., Andrew M. Dean, Esq.<br>One Rodney Square<br>920 North King Street<br>Wilmington DE 19801 | 302-651-7701 | collins@rlf.com<br>shapiro@rlf.com<br>dean@rlf.com | Fax and Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury<br>100 F. Street, NE<br>Washington DC 20549 | | secbankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Dept.<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | | bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@SEC.GOV | Email |

Exhibit A
Core/2002 Fax Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Dept.<br>One Penn Center<br>1617 JFK Boulvard, Suite 520<br>Philadelphia PA 19103 | | secbankruptcy@sec.gov | Email |
| US Attorney for the District of Delaware | US Attorney for Delaware | Charles Oberly c/o Ellen Slights<br>1007 Orange Street, Suite 700<br>PO Box 2046<br>Wilmington DE 19899-2046 | 302-573-6220 | usade.ecfbankruptcy@usdoj.gov | Overnight Mail, Fax and Email |
| Counsel to the Ad Hoc Group | Weil, Gotshal & Manges, LLP | Attn: Gary T. Holtzer, Esq., David N. Griffiths, Esq.<br>767 Fifth Avenue<br>New York NY 10153-0119 | 212-310-8007 | gary.holtzer@weil.com<br>david.griffiths@weil.com | Fax and Email |

**<u>Exhibit B</u>**

Exhibit B
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Forty Niners SC Stadium Company LLC | Coblentz, Patch, Duffy & Bass LLP | Attn: Gregg M. Ficks<br>One Montgomery Street<br>Suite 3000<br>San Francisco CA 94104 | gficks@coblentzlaw.com | Email |
| Counsel to Official Committee of Unsecured Creditors | Cooley LLP | Attn: Jay Indyke, Michael Klein, Robert Winning<br>The Grace Building<br>1114 Avenue of the Americas<br>New York NY 10036-7798 | jindyke@cooley.com<br>mklein@cooley.com<br>rwinning@cooley.com | Email |
| Delaware Attorney General | Delaware Attorney General | Attn: Bankruptcy Dept.<br>Carvel State Office Building<br>820 N French Street, 6th Floor<br>Wilmington DE 19801 | attorney.general@state.de.us | First Class Mail and Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton<br>820 N. French St.<br>Wilmington DE 19801 | FASNotify@state.de.us | First Class Mail and Email |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax<br>PO Box 898<br>Dover DE 19903 | dosdoc_Ftax@state.de.us | First Class Mail and Email |
| Delaware State Treasury | Delaware State Treasury | Attn: Bankruptcy Dept.<br>820 Silver Lake Boulevard<br>Suite 100<br>Dover DE 19904 | statetreasurer@state.de.us | First Class Mail and Email |
| Counsel to Official Committee of Unsecured Creditors | Elliott Greenleaf | Attn: Rafael X. Zahralddin, Eric M. Sutty<br>1105 North Market Street<br>Suite 1700<br>Wilmington DE 19801 | rxza@elliottgreenleaf.com<br>ems@elliottgreenleaf.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel to GlobalLogic | Kirkland & Ellis LLP | Attn: Jonathan S. Henes, P.C., George Klidonas<br>601 Lexington Avenue<br>New York NY 10022 | jonathan.henes@kirkland.com<br>george.klidonas@kirkland.com | Email |
| U. S. Department of Justice | Office of the United States Trustee | Attn: Timothy Jay Fox, Jr.<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington DE 19801 | timothy.fox@usdoj.gov | First Class Mail and Email |
| Counsel to the Ad Hoc Group | Richards, Layton & Finger, PA | Attn: Mark D. Collins, Esq., Zachary I. Shapiro, Esq., Andrew M. Dean, Esq.<br>One Rodney Square<br>920 North King Street<br>Wilmington DE 19801 | collins@rlf.com<br>shapiro@rlf.com<br>dean@rlf.com | First Class Mail and Email |

Exhibit B
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury<br>100 F. Street, NE<br>Washington DC 20549 | secbankruptcy@sec.gov | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Dept.<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@SEC.GOV | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Dept.<br>One Penn Center<br>1617 JFK Boulvard, Suite 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | First Class Mail and Email |
| US Attorney for the District of Delaware | US Attorney for Delaware | Charles Oberly c/o Ellen Slights<br>1007 Orange Street, Suite 700<br>PO Box 2046<br>Wilmington DE 19899-2046 | usade.ecfbankruptcy@usdoj.gov | Overnight Mail and Email |
| Counsel to the Ad Hoc Group | Weil, Gotshal & Manges, LLP | Attn: Gary T. Holtzer, Esq., David N. Griffiths, Esq.<br>767 Fifth Avenue<br>New York NY 10153-0119 | gary.holtzer@weil.com<br>david.griffiths@weil.com | First Class Mail and Email |

**Exhibit C**

Exhibit C
Rejected Contracts Service List
Served via First Class Mail

| NAME | ADDRESS |
|---|---|
| Adaptive Insights, Inc. | Attn: President or General Counsel<br>3350 W. Bayshore Road<br>Suite 200<br>Palo Alto CA 94303 |
| Bank of America Merrill Lynch | Attn: President or General Counsel<br>Bank of America Corporate Center<br>100 North Tryon Street<br>Charlotte NC 28255 |
| BrightFunnel | Attn: Brent Meredith<br>47 Kearny Street<br>Suite 804<br>San Francisco CA 94108 |
| Cadence Design Systems, Inc. | Attn: President or General Counsel<br>2655 Seely Avenue<br>San Jose CA 95134 |
| Concur Technologies, Inc. | Attn: Legal Department<br>601 108th Avenue NE<br>Suite 1000<br>Bellevue WA 98004 |
| Coupa Software Inc. | Attn: President or General Counsel<br>1855 S. Grant Street<br>San Mateo CA 94402 |
| EMA Design Automation | Attn: President or General Counsel<br>225 Tech Park Drive<br>Rochester NY 14623 |

Exhibit C
Rejected Contracts Service List
Served via First Class Mail

| NAME | ADDRESS |
|---|---|
| Forty Niners SC Stadium Company LLC | Attn: President or General Counsel<br>4949 Centennial Boulevard<br>Santa Clara CA 95054 |
| Marketo, Inc. | Attn: Douglas Li and Matt Collier<br>901 Mariners Island Boulevard<br>Suite 500<br>San Mateo CA 94404 |
| Marketo, Inc. | Attn: Douglas Li and Steve Winter<br>901 Mariners Island Boulevard<br>Suite 500<br>San Mateo CA 94404 |
| Mentor Graphics Corporation | Attn: Ghaiyyur Quraishi<br>8005 SW Boeckman Road<br>Wilsonville OR 97070-7777 |
| Oracle America, Inc. | Attn: Shaun Walton<br>500 Oracle Parkway<br>Redwood Shores CA 94065 |
| OTC Markets Group | Attn: President or General Counsel<br>304 Hudson Street<br>3rd Floor<br>New York NY 10013 |
| Regus | Attn: President or General Counsel<br>2530 Meridian Parkway<br>2nd & 3rd Floors<br>Durham NC 27713 |

Exhibit C
Rejected Contracts Service List
Served via First Class Mail

| NAME | ADDRESS |
|---|---|
| RITSnet, Inc. | Attn: President or General Counsel<br>39899 Balentine Drive<br>Suite 138<br>Newark CA 94560 |
| Runtime Design Automation | Attn: Scott McDonald<br>2560 Mission College, Boulevard<br>Suite 130<br>Santa Clara CA 95054-1217 |
| salesforce.com, inc. | Attn: Jack Beauchamp<br>San Francisco CA 94105 |